the receiver herein, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EUREKA PRODUCTIONS, INC., Appellant, v. INTIMATE THEATRES, INC., and Others, Defendants, Impleaded with METROPOLIS FILM EXCHANGE and MARTIN J. LEWIS, Respondents.— Order denying plaintiff's motion for a temporary injunction unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KATE SCIALLIS, Respondent, v. 34–36 OAK STREET CORPORATION, Appellant, Impleaded with Others.— Order granting plaintiff's motion for the appointment of a receiver in a foreclosure action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KATE SCIALLIS, Respondent, v. 34–36 OAK STREET CORPORATION, Appellant, Impleaded with Others.— Order granting plaintiff's motion for a reargument and settling the account of the receiver and directing payment of certain moneys collected by him, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THOMAS McMEEKAN, Appellant, for an Order of Mandamus against DEPARTMENT OF HEALTH AND THE BOARD OF HEALTH OF THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others, Respondents.— Order denying petitioner's motion for a resettlement of the case on appeal unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DOROTHY LIPMAN to Compel MURRAY M. BRODSKY an Attorney-at-Law of the State of New York to Pay over Certain Monies and to Turn over Records, Papers and Documents. DOROTHY LIPMAN, Respondent; MURRAY M. BRODSKY, Appellant.— Order granting motion of Dorothy Lipman to compel Murray M. Brodsky, an Attorney, to pay over certain monies and to turn over records, papers and documents, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BLESK CORPORATION, Respondent, v. BRILLO MANUFACTURING COMPANY, INC., and MILTON B. LOEB, Appellants.— Order, so far as appealed from, granting plaintiff's motion for examination of defendants before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CONTINENTAL PURCHASING CO., INC., Respondent, v. METAL PACKAGE CORPORATION and NATIONAL CAN COMPANY, INC., Appellants.— Order, so far as appealed from, denying defendants' motion for a bill of particulars of certain items of the amended complaint unanimously modified by allowing the following items of the notice of motion in addition to those granted at Special Term: Item 5(b); item 9(a), (b), (c) and (d); item 10(c) and (f); item 14(b), (c) and (d) and item 15(a), and in all other respects affirmed, without costs. No opinion. Verified bill of